IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| NAPOLEON BRYANT, | : | |
| Plaintiff | : | |
| VS. | : | |
| CITY OF VALDOSTA (Police Dep't); | : | NO. 7:05-cv-38(HL) |
| COUNTY OF LOWNDES; and | : | |
| SOUTH GEORGIA MEDICAL CENTER; | : | |
| Defendant | : | **O R D E R** |
| _____ | : | |

Plaintiff **NAPOLEON BRYANT** filed a *pro se* complaint under 42 U.S.C. § 1983. He also seeks to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). However, a review of plaintiff's affidavit of indigence reveals that he receives approximately $3,100.00 a month from the U.S. Government, he owns his own home valued at $118,000.00, and he owns two vehicles, one of which is a 1999 Mazda 626 valued at $6,000.00. He further discloses that he has $500.00 in his checking account. The filing fee required for civil actions filed in this Court is $250.00. In the opinion of this court, plaintiff has sufficient income to pay a portion of this amount.

Accordingly, the Court hereby **ORDERS** plaintiff to pay a partial filing fee of $125.00. Plaintiff shall have thirty (30) days from the date of his receipt of this order to pay the required partial filing fee to the Clerk of Court or to explain why he is not able to do so. Failure to make the required partial payment or to provide satisfactory explanation shall result in the dismissal of this lawsuit. There shall be no service in this case until further order of the Court.

**SO ORDERED**, this13th day of May, 2005.

<u>**s/ Hugh Lawson**</u>
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr