# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| NAPOLEON BRYANT, | : | |
| Plaintiff | : | |
| vs. | : | |
| FRANK SIMONS, Chief of the Valdosta Police Dep't, *et al.*, | : | NO. 7:05-CV-38(HL) |
| Defendants | : | **O R D E R** |

Plaintiff **NAPOLEON BRYANT** has filed a *pro se* motion to proceed *in forma pauperis* on appeal from the Court's Order dismissing this case as frivolous pursuant to 28 U.S.C. § 1915(e)(2) (Tab # 8). In the Court's best judgment, plaintiff's appeal cannot be taken in good faith. 28 U.S.C. § 1915(a)(3). As noted in the aforesaid Order, plaintiff failed to allege any causative link between defendants Simons and McGahee and the denial of his constitutional rights; moreover, plaintiff has not named the individuals who were allegedly responsible for the misconduct of which he complains, so the Court could not make findings against them.

Accordingly, having been carefully considered, plaintiff's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

**SO ORDERED**, this 2nd day of November, 2005.

s/ Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr